IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HOWARD DWIGHT WOODHAM,            *

          Petitioner            *

vs.                              *

                                         CASE NO. 4:06-CV-69(CDL)
WENDY SQUIRES, Warden,            *

          Respondent            *

_____  *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

    After a *de novo* review of the record in this case, the Report
and Recommendation filed by the United States Magistrate Judge on
January 30, 2007, is hereby approved, adopted, and made the Order of
the Court.

    The objections of the Plaintiff have also been thoroughly
considered and are found to be without merit. *See Thomas v. Crosby,*
371 F.3d 782, 787 (11th Cir. 2004)(petitioners may not simply change
the name of their habeas corpus action to circumvent the statute of
limitations requirements).


    IT IS SO ORDERED, this 30th day of April, 2007.




                              S/Clay D. Land
                              _____
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE